**Order entered July 22, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00369-CV**

**IN THE INTEREST OF L.D.R. AND D.J., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-04007-R**

## ORDER

We **REINSTATE** this appeal for the sole purpose of correcting an error in our July 19, 2021 order abating the appeal. Our order directed the trial court to conduct a hearing to determine why the reporter's record has not been filed and further directed court reporters LaToya Young Martinez and Janet Saavedra, whom we had been informed were the reporters responsible for the record, to be present at the hearing. Ms. Saavedra has since informed the Court that she did not record any hearings, but that court reporter Kelly Simmons recorded a hearing held December 7, 2020. Ms. Simmons in turn has communicated with the Court and advised that her portion of the record will be completed by the date of the trial

court's hearing, July 29. Accordingly, we **ORDER** Ms. Simmons to appear at the hearing or, in lieu of an appearance, file her portion of the record by July 29. Ms. Saavedra need no longer appear. In all other respects, our July 19th order remains unchanged.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Kimberly Brown, Presiding Judge of the 254th Judicial District Court; Stacy Harlow, Official Court Reporter for the 254th Judicial District Court; Ms. Martinez; Ms. Saavedra; and, the parties.

We again **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing as specified in our July 19th order. The appeal will be reinstated no later than August 5, 2021.

/s/     LANA MYERS
        JUSTICE